40 A.3d 1232

COMMONWEALTH of Pennsylvania, Respondent

v.

Roberto RODRIGUEZ, Petitioner.

No. 151 EM 2011.

Supreme Court of Pennsylvania.

March 28, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 28th day of March, 2012, this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County. The trial court shall determine, within 90 days of this order, whether counsel of record abandoned Petitioner. *See* Pa.R.Crim.P. 122(B). If the trial court determines that counsel abandoned Petitioner, counsel shall file a Petition for Allowance of Appeal within 30 days of the trial court's order.